

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BIODIVERSITY CONSERVATION ALLIANCE and SIERRA CLUB,  )<br>)<br>Plaintiffs,  )<br>)<br>vs.  )<br>)<br>MOUNTAIN CEMENT COMPANY,  )<br>)<br>Defendant.  ) | Case No. 04-CV-361-B |

### ORDER

On October 12, 2005, this Court issued an Order finding that Plaintiffs had provided sufficient notice to Defendant of their intention to file the above-captioned citizen enforcement suit, as required by 42 U.S.C. § 7604(b)(1)(A) and 40 C.F.R. § 54.3(b). However, during the Final Pretrial Conference on October 13, 2005, the Court realized that additional issues of fact must be resolved before a definitive finding regarding the sufficiency of the notice can be made.

**THEREFORE, IT IS HEREBY ORDERED** that the portion of the October 12, 2005, Order pertaining to the sufficiency of Plaintiffs' notice should be, and hereby is, **RESCINDED**. More specifically, this Order rescinds the section of the Order entitled

"**C. Defendant's Motion for Summary Judgment Concerning Notice,**" which appears on pages eleven (11) through fifteen (15) of the Order.

**IT IS FURTHER ORDERED** that the parties will address the notice issue in their Trial Briefs and present such issue to the jury for their determination.

**IT IS SO ORDERED.**

Dated this 13th day of October, 2005.

_____
UNITED STATES DISTRICT JUDGE